# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHELLE BAPTIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-3287 |
| | ) | |
| LEPEEP RESTAURANT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Report and Recommendation [d/e 4] of Magistrate Judge Byron Cudmore to dismiss *pro se* Plaintiff's Complaint [d/e 1] for want of prosecution.

On October 23, 2012, *pro se* Plaintiff filed a Complaint herein and requested to proceed *in forma pauperis*. On October 25, 2012, the Court denied Plaintiff's request to proceed *in forma pauperis* by text order; Plaintiff was gainfully employed and had sufficient funds to pay the $350.00 filing fee.

The text order set a deadline of November 30, 2012, for payment of the filing fee in full and advised Plaintiff that the case was subject to dismissal for want of prosecution if the filing fee was not received by the stated deadline. The deadline passed, and *pro se* Plaintiff is yet to pay the required fee.

On December 4, 2012, the Report and Recommendation was entered and a copy thereof was sent, via U.S. Mail, to the listed address of *pro se* Plaintiff. Plaintiff had fourteen days, from the date she was served with a copy of the Report and Recommendation, to file any objection with the Clerk of the Court. See 28 U.S.C. § 636(b)(1). Therefore, any objection was due December 21, 2012. Plaintiff did not object to the Report and Recommendation. Failure to file an objection constitutes a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986); see Local Rule 72.2.

The Court concludes that *pro se* Plaintiff's Complaint should be dismissed, without prejudice, for want of prosecution. Plaintiff did not pay the filing fee, despite notice that her case could be dismissed for failure to pay the fee in full. Plaintiff did not object to the Report and Recommendation, wherein dismissal of her case was recommended, and in so doing waived the right to appeal all issues. Plaintiff has taken no action in furtherance of her case since filing the Complaint on October 23, 2012.

*Ergo*, Judge Cudmore's Report and Recommendation [d/e 4] is ADOPTED. *Pro se* Plaintiff's Complaint [d/e 1] is DISMISSED.

IT IS SO ORDERED.

ENTER: January 15, 2013

FOR THE COURT:                      */s/ Richard Mills*
                                                      Richard Mills
                                     United States District Judge

3:12-cv-03287-RM-BGC   # 5   Page 3 of 3

3